United States District Court
Northern District of New York

| | |
|---|---|
| AVA LACLAIR, ) | Case 8:23-cv-00241 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, ) | Stipulation – Document Filed Electronically |
| Acting Commissioner of ) | |
| Social Security, ) | |
| *Defendant.* ) | |

### Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Ava LaClair, |
| By Her Attorneys, | By Her Attorneys, |
| Carla B. Freedman, | |
| United States Attorney | |
| /s/ Candace Brown Casey | /s/Craig A. Jarvis |
| Special Assistant United States Attorney | Craig A. Jarvis, Esq. |
| Office of Program Litigation, Office 2 | Jarvis & Modun, LLP |
| Office of the General Counsel | P.O. Box 4590 |
| Social Security Administration | Burlington, VT 05406 |
| 6401 Security Boulevard | jarvis@jarvis-modun.com |
| Baltimore, MD 21235 | |
| candace.m.brown.casey@ssa.gov | /s/Arthur Anderson |
| | Arthur Anderson, Esq. |
| | Anderson Lamb & Associates PC |
| | 255 S. Champlain St. |
| | Burlington, VT 05401 |
| | art@andersonlambpc.com |

IT IS SO ORDERED.
DATED: 5/31/2023

Hon. Thomas J. McAvoy, Senior U.S.D.J.